Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

**FILED**
U.S. District Court
District of Kansas

OCT 06 2020

Clerk, U.S. District Court
By _____ Deputy Clerk

# UNITED STATES DISTRICT COURT
for the

District of Kansas ▼

_____ Division

| | |
|---|---|
| LEILA CRUZ-MCCOY | Case No. 6:20-cv-1274-HLT-KGG |
| | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Jury Trial: *(check one)* ✔ Yes ☐ No |
| -v- | |
| TOPEKA RESCUE MISSION | |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)* | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | LEILA CRUZ-MCCOY |
| Address | 10911 W 63RD PLACE #101 |
| | =ARVADA, CO, 66608 |
| | *City, State, Zip Code* |
| County | JEFFERSON COLORADO |
| Telephone Number | 8165085056 |
| E-Mail Address | OSHUN116@ICLOUD.COM |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | TOPEKA RESCUE MISSION |
| Job or Title *(if known)* | |
| Address | 600 N KANSAS AVE |
| | TOPEKA, KS, 66608 |
| | *City, State, Zip Code* |
| County | SHAWBEE KANSAS |
| Telephone Number | 7853541744 |
| E-Mail Address *(if known)* | |

☐ Individual capacity   ☑ Official capacity

**Defendant No. 2**

| | |
|---|---|
| Name | DEBORAH SHELTER DIRECTOR |
| Job or Title *(if known)* | |
| Address | 600 N KANSAS AVE |
| | TOPEKA, KS, 66604 |
| | *City, State, Zip Code* |
| County | SHAWNEE KANSAS |
| Telephone Number | 7853541744 |
| E-Mail Address *(if known)* | |

☐ Individual capacity   ☑ Official capacity

Defendant No. 3
    Name: MIKE FOSTER DIRECTOR
    Job or Title (if known):
    Address: 600 N KANSAS AVE
    City: TOPEKA    State: KS    Zip Code: 66608
    County: SHAWNEE KS
    Telephone Number:
    E-Mail Address (if known):

    [ ] Individual capacity    [✓] Official capacity

Defendant No. 4
    Name:
    Job or Title (if known):
    Address:
    City:    State:    Zip Code:
    County:
    Telephone Number:
    E-Mail Address (if known):

    [ ] Individual capacity    [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.  Are you bringing suit against *(check all that apply)*:

    [ ] Federal officials (a *Bivens* claim)

    [ ] State or local officials (a § 1983 claim)

B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

    Deprived of my Right to carry my child to term regardless of being homeless and get high risk prenatal care. Deprived of the right to practice my religion free of harassment, intimidation or sanction. The right to health nutritious foods prescribed by my obstetrician and preinatoligist.

C.  Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

Administer all homeless shelter and outreach services for the city of Topeka, HUD Shelter Plus Care referrals and screening for federal housing assitance, Medicaid funded case management and counseling services provided on site through HOPE program and Valejo Mental health services. KS Dept of Children and Families federal food and cash assistance application and administration site.

## III.   Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.   Where did the events giving rise to your claim(s) occur?
600 N Kansas Ave Topeka KS 66608

B.   What date and approximate time did the events giving rise to your claim(s) occur?
04/2017-10/02/2020

C.   What are the facts underlying your claim(s)? *(For example: What happened to you?  Who did what?  Was anyone else involved?  Who else saw what happened?)*
TWO PAGE STATEMENT ATTACHED:
1. Deprived of reasonable accommodations and equal access to programs, services, classes, housing assistance and housing referrals based solely on my documented disbailities.
2. Deprived of the right to practice my own religion and forced to pray iand participate in activities against my religion. Told by the shelter director my baby died because "you need Jesus" due to my family being Muslim. Wrritten up and "sanctioned" for quietly standing or excusing myself during prayer
3. Sex offenders, convicts and other persons who are not disabled are provided additional help locating housing, housing search assistance and extended stay. I was deprived of accessible computer use, accessible housing forms and accessible forms and documents for required courses and sanctioned when I did not fulfill the directors expectations as quickly as she wanted me to. My family was kicked off campus during the day due to us not being able to quickly get into a accessible housing unit of the proper family size immediately. I was in a high risk pregnant and was not supposed to be on my feet being forced to walk the street all day and sleep in the local library to get out of heat and cold

2. I was deprived of my physician prescribed diabetic diet and sanctioned for wanting to heat my food to a safe temperature. Told how much of my own food that I purchased could be eaten at one time

3. Deprived of safe refrigoration for my insulin while staff was able to store personal food and other items in the cooler behind the desk. Sanctioned because my husband stayed home from work to be a family caretaker for me while in high risk pregnancy and followed by agency staff to library and disciplined when my husband watched my son so he could do his schoolwork while my therapist took me to appointments and prenatal care. Agency banned me from the facility during the day puting me on "day restriction".

4. Deprived of a acessible room with a bathroom while on pregnancy bedrest, forced to walk the halls and wait in line to use a pyblic toilet. My baby driwn in the public shelter toilet used by the public and transient shelter guests after the shelter director refused to allow me to be admitted to University of Kansas Medical center to have a cervical cerclage surgery to preserve my baby's life. The shelter director tried to force me to pay her my SSI for the blind due to donated towels being used to clean my blood after my stillbirth. My doctor had ordered an ambulance and admitted me to the hospital. Shelter director stated if I left without meeting with her first, my famiuly members would be kicked out while I was 60 miles away. Shelter director knew Ronald McDonald house near the hospital had no openings and m family needed to stay at the shelter while my baby and I received necessary medical care. Shelter director made me sit in the lobby for several hours waiting to meet with her and then had a front desk staff member tell me she did not have time today. My baby was stilborn that night. The night of the stillbirth my cousin was supervising my children. She was also a shelter and transitional housing resident. Shelter director sent a staff member to the hospital telling my husband he could not stay with me during emergency surgery and they would file a false child abandonment report if he did stay. I was literally bleeding to death due to the traumatic birth, they wanted my husband to stay to make medical dexcsiions and help make arrangements to take the baby's body to the funeral home.

3. Writte up and sanctioned by Deborah and Victoria shelter workers for needing help with daily living acitivies and diabetic skin care

6. Forced to attend dare to dream courses without accessible course materials while I was prescribed bed rest due to high ricks pregnancy.

7. Placed on the bar and banned list for filing legitimate ADA and reasonable accommodation complaint against the shelter director.

8. Agency director. shelter directo and operations manager did not provide any support or gried services when my baby died. They did not help with funeral costs and made me get approval to pay the coroner to release my baby's body to be burried. The agency provides these services to

1

Christians I was deprived of this due to being Muslim. The agency had a woman come and pray in front of my room door because they consider me and my family satanic due to being Muslim as if we are evil and this is why the baby died. Humiliating me and my 4 young children.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

DEATH OF MY SON RYAN MCCOY DUE TO STILLBIRTH
EXTENDED HOMELESSNESS AND DEPRIVATION OF FEDERALHOUSING ASSISTANCE
LEFT TO SLEEP ON THE STREET FOR 3 YEARS AS THIS IS THE ONLY SHELTER IN THE CITY
RETALIATED AGAINST FOR MAKING ADA COMPLAINT TO AGENCY DIRECTOR
SECOMDARY INFERTILITY DUE TO DAMAGE CAUSED DURING TRAUMATIC STILLBIRTH AND LACK OF ABILITY TO STAY IN HOSPITAL TO GET PROPER CARE AFTER THE STILL BIRTH

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

TWO MILLION DOLLARS

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10/02/2020

Signature of Plaintiff

Printed Name of Plaintiff   LEILA CRUZ-MCCOY

### B. For Attorneys

Date of signing: _____

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

| City | State | Zip Code |

Telephone Number

E-mail Address

Blessed Homes
10911 W. 63rd Pl. #101
Arvada, CO 80004

RECEIVED
OCT 06 2020

US District Court Clerk
401 N. Market St.
Wichita, KS 67202